IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

```
F I L E D
   Clerk
District Court

SEP 0 3 2004

For The Northern Mariana Islands
By_____
          (Deputy Clerk)
```

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DIONICIO A. LIZAMA, )<br>)<br>Defendant. )<br>_____) | **WAIVER OF INDICTMENT**<br><br>CASE NUMBER: _____<br>**CR 04   00032** |

I, **DIONICIO A. LIZAMA**, the above named defendant, who is accused of:

Conspiracy to Distribute Methamphetamine "Ice", a Schedule II Controlled Substance, in violation of Title 21, U.S.C., §§ 841(a)(1), 841(b)(1)(B), and 846, being advised of the nature of the charge, the proposed Information, and of my rights, hereby waive in open court on 9-3-2004 prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
DIONICIO A. LIZAMA
Defendant

_____
DANILO T. AGUILAR
Counsel for Defendant

Before _____
HONORABLE ALEX R. MUNSON
Chief Judge