F I L E D
Clerk
District Court

SEP 0 3 2004

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

UNITED STATES OF AMERICA, )
                Plaintiff, )
          vs. )
DIONICIO A LIZAMA, )
              Defendant. )
_____ )

CR No.: __04—0032__

**INFORMATION**

**COUNT 1**
Conspiracy to Distribute Methamphetamine
21 U.S.C. §841
21 U.S.C. §841(a)(1)
21 U.S.C. §841(b)(1)(B)

The United States Attorney charges:

## COUNT 1

Between about March, 2004 and June 25, 2004, the defendant, DIONICIO A. LIZAMA, did knowingly and unlawfully combine, conspire, confederate and agree with other persons, known and unknown to the United States, to distribute 5 grams or more of methamphetamine in the form commonly known as "ice", a Schedule II controlled substance, in the District of The Northern Mariana Islands and elsewhere, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

This is a violation of Title 21, United States Code, Section 846.

Respectfully Submitted,

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
JAMIE D. BOWERS
Assistant United States Attorney