FILED
Clerk
District Court

SEP 03 2004

For The Northern Mariana Islands
_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>           )<br>     Plaintiff,  )<br>  -v-      )<br>           )<br>DIONICO A. LIZAMA,      )<br>           )<br>     Defendant.   ) | CRIMINAL CASE NO. 04-00032-001<br><br>O R D E R<br>SETTING TRIAL DATE |

**IT IS HEREBY ORDERED** that the jury trial herein shall commence on **MONDAY, NOVEMBER 1, 2004 at 9:00 a.m.**

IT IS FURTHER ORDERED that pretrial motions shall be filed no later than **Friday, September 17, 2004 pursuant to Local Rule LCrR 12.1.**

IT IS FURTHER ORDERED that the following shall be filed with this Court no later than seven (7) days prior to trial:

1) Proposed jury voir dire questions;

2) A joint exhibit list - (Government's exhibits numbered; Defendant's exhibits lettered) (One original and three copies for the Court);

3) A complete set of marked exhibits. (with three copies for the Court);

4) Proposed verdict forms;

AO 72
(Rev. 8/82)

4

5)   Witness lists for purposes of voir dire only. (Witness lists shall include: legal names, aliases, nicknames, place of residence and place of employment),(One original and three copies for the Court);

6)   Proposed jury instructions. (Those jury instructions upon which agreement cannot be reached shall be submitted in a separate packet, together with the objections and authority therefore of each party.)

Dated this 3rd day of September, 2004.

_____
ALEX R. MUNSON
Chief Judge

2