

FILED
Clerk
District Court

OCT 14 2004

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

*********************************************************

CR-04-00032-001                                October 14, 2004
                                               10:30 a.m.

### UNITED STATES OF AMERICA -vs- DIONICIO A. LIZAMA

PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE N. SHMULL, COURT REPORTER
           JAMIE BOWERS, ASSISTANT U.S. ATTORNEY
           DANILO AGUILAR, COURT-APPOINTED ATTORNEY
           DIONICIO A. LIZAMA, DEFENDANT

PROCEEDINGS:   **CHANGE OF PLEA**

Defendant appeared with counsel, Attorney Danilo Aguilar. Government was represented by Jamie Bowers, AUSA. Also present was Margarita Wonenberg, Probation Officer.

Defendant was examined by the Court why he did not appear at 8:00 a.m. for his hearing this morning as scheduled. Defendant stated that he did not make the early morning flight on Freedom Air from Tinian and that he took the ferry. They ferry did not arrive until 9:00 a.m.

Defendant was sworn and examined as to his understanding of his constitutional rights, his right to trial and his understanding of the Plea Agreement.

Court reviewed every element of the Plea Agreement with the Defendant. Government reported to the Court what they would be able to prove if this matter proceeded to trial. Defendant entered a plea of **GUILTY.** Court found that the defendant was fully competent and capable to enter a knowing and voluntary plea. Court accepted the plea and the Plea Agreement.

The Court set Sentencing for **TUESDAY, JANUARY 18, 2005 at 9:30 a.m.** and the Presentence Investigation Report is due on Tuesday, December 14, 2004.

Court ordered that the defendant immediately surrender himself to the U.S. Marshal.

Adjourned at 11:15 a.m.

K. Lynn Lemieux, Courtroom Deputy

7