FILED
Clerk
District Court

OCT 1 4 2004

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL ACTION NO. 04-00032 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | ORDER SETTING DATE |
| | ) | FOR SENTENCING |
| DIONICIO A. LIZAMA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

IT IS HEREBY ORDERED that the defendant be referred to the United States Probation Office for investigation and report. The presentence investigation report is due on Tuesday, December 14, 2004 and sentencing is scheduled for **Tuesday, January 18, 2005  commencing at the hour of nine-thirty o'clock a.m.**

DATED this 14th day of October, 2004.

_____
ALEX R. MUNSON, Chief Judge

AO 72
(Rev. 08/82)

9