FILED
Clerk
District Court

JAN -5 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DIONICIO LIZAMA,<br><br>Defendant. | Criminal Action No. 04-00032<br><br>Notice Rescheduling Sentencing |

Jamie D. Bowers
Assistant U.S. Attorney
P.O. Box 500377
Saipan, MP 96950

Danilo T. Aguilar
Attorney at Law
PMB 886, P.O. Box 10001
Saipan, MP 96950

NOTICE IS HEREBY GIVEN that the Sentencing in the above case scheduled for Tuesday, January 18, 2005, at 9:30 a.m., is rescheduled to Thursday, January 13, 2005, at 10:00 a.m.

DATED this 5th day of December, 2005.

_____
Judge Alex R. Munson

AO 72
(Rev. 8/82)