LEONARDO M. RAPADAS
United States Attorney
JAMIE D. BOWERS
Assistant United States Attorney
DISTRICT OF THE NORTHERN
MARIANA ISLANDS
Horiguchi Building, Third Floor
P. O. Box 500377
Saipan, MP 96950-0377
Telephone:   (670) 236-2986
Fax:         (670) 236-2985

Attorneys for United States of America

FILED
Clerk
District Court

JAN 1 2 2005

For The Northern Mariana Islands
By_____
        (Deputy Clerk)

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DIONICIO A. LIZAMA,<br><br>Defendant. | Criminal Case No. 04-00032<br><br>**GOVERNMENT'S MOTION FOR SUBSTANTIAL ASSISTANCE DEPARTURE UNDER USSG §5K1.1 AND 18 U.S.C. §3553(e)** |

Pursuant to Section 5K1.1 of the United States Sentencing Guidelines, and Title 18, United States Code, Section 3553(e), the plaintiff, United States of America, hereby moves the Court to depart from the Sentencing Guidelines and the statutory mandatory minimum sentence, based on defendant's substantial assistance to the government.

The government recommends a departure from level 21 of the guidelines, to **level 16**. The government further recommends that defendant be sentenced at the bottom of the guideline range, **21 months.**

Respectfully submitted,

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
JAMIE D. BOWERS
Assistant United States Attorney