```
                                    F I L E D
                                       Clerk
                                   District Court

                                    FEB 2 2 2005

                              For The Northern Mariana Islands
                              By_____
                                      (Deputy Clerk)
```

DEPARTMENT OF JUSTICE

NOTICE OF LIEN FOR FINE AND/OR RESTITUTION
IMPOSED PURSUANT TO THE ANTI-TERRORISM AND
EFFECTIVE DEATH PENALTY ACT OF 1996

United States Attorney's Office for                         Serial Number
the Districts of Guam and the NMI                              001

     **NOTICE** is hereby given of a lien against the property of the defendant named below. Pursuant to Title 18, United States Code, § 3613(c), a fine or an order of restitution imposed pursuant to the provisions of subchapter C of chapter 227 is a lien in favor of the United States upon all property belonging to the person fined or ordered to pay restitution. Pursuant to § 3613(d), a notice of lien shall be considered a notice of lien for taxes for the purposes of any State or local law providing for the filing of a tax lien. The lien arises at the time of the entry of judgment and continues until the liability is satisfied, remitted, or set aside, or until it becomes unenforceable pursuant to § 3613(b).

Name of Defendant:   Dionicio A. Lizama          Address:   P.O. Box 725
          SSN:   [redacted]                                  Tinian, MP  96952
          DOB:   [redacted]

Court Imposing Judgment:   U.S. District Court for the Northern Mariana Islands
     Court Number:   CR-04-00032

Amount of Judgment:   $2,100.00
   Date of Judgment:   01/13/2005
  Entry of Judgment:   01/13/2005

Rate of Interest When Payment is Deferred by Court:      n/a

If payment becomes past due, penalties totaling up to 25 percent of the principal amount past due may arise. 18 U.S.C. §3612(g).

ORIGINAL

**IMPORTANT RELEASE INFORMATION**--With respect to the lien listed above, this notice shall operate as a certificate of release pursuant to 18 U.S.C. § 3613(b) by operation of law, but no later than twenty years plus term of imprisonment.

Place of Filing:   U.S. District Court for the NMI &
                   The Commonwealth Recorder

This notice was prepared and signed at U.S. Attorney's Office on this, the _1st_ day of February, 2005.

Signature                                           Title

_____                             _____
MARIVIC P. DAVID                                    Assistant U.S. Attorney
                                                    (671) 472-7332

---

UNITED STATES OF AMERICA,        CLERK'S OFFICE            U.S. DISTRICT COURT
                                                           FOR THE DISTRICT FOR THE NMI
                                                                                    SS.

I CERTIFY, That the foregoing is a correct Notice of Lien for Fine and/or Restitution entered or registered by this Court.

                                         Date,     _2/22/05_

                                    _____GALO L. PEREZ_____, Clerk.
                                    By _____, Deputy Clerk.