ORIGINAL ●

F I L E D
Clerk
District Court

AUG - 5 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  **LIZAMA_D.ref**

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910-5059
   TEL: 472-7332
6  FAX: 472-7215

7  Attorney's for United States of America

8

9            IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN MARIANA ISLANDS

11
   UNITED STATES OF AMERICA,           )    CRIMINAL CASE NO. 04-00032
12                                      )
              Plaintiff,                )
13                                      )    PETITION TO REFUND
        v.                             )    OVERPAYMENT OF SPECIAL
14                                      )    ASSESSMENT FEE; ORDER
   DIONICIO A. LIZAMA,                 )
15                                      )
              Defendant.               )
16   _____)

17                        PETITION

18

19        On January 13, 2005, Defendant DIONICIO A. LIZAMA was sentenced, among other

20  things, to pay a $100.00 special assessment fee and a fine in the amount of $2,000.00.  Plaintiff

21  petitions the Court to refund the overpaid portion of the fine imposed against the Defendant:

22        1.  The following assessment fee was imposed against Defendant:

23            $  100.00    Amount of assessment fee

24            $2,000.00    Amount of fine

25            $2,125.00    Amount collected (see attachment A)

26            $   25.00    Amount overpaid

27  //

28  //

2.  Plaintiff respectfully requests that the Court refund the full amount of overpayment by issuing a check in the amount of $25.00 to Virginia Lizama (individual who made the overpayment) and mailing the check to P.O. Box 725, Tinian, MP 96952.

3.  Plaintiff further requests that any future payments made by defendant be refunded to him.

DATED this __27th__ day of __July__, 2005.

                                    LEONARDO M. RAPADAS
                                    United States Attorney
                                    Districts of Guam and the NMI

By: _____

                                    MARIVIC P. DAVID
                                    Assistant U.S. Attorney


ORDER OF REFUND


        Based upon the foregoing, the overpaid portions of the fine in the amount of $25.00 shall be refunded to the individual who made the payment, Virginia Lizama and the check mailed to P.O. Box 725, Tinian, MP 96952.  Any future payments made by Defendant DIONICIO A. LIZAMA be refunded to him.


DATED: __8-5-05__

                                    _____
                                    ALEX R. MUNSON
                                    Chief Judge
                                    District Court for the Northern
                                        Mariana Islands


**RECEIVED**

AUG ⁻.1 2005

Clerk
District Court
For The Northern Mariana Islands

- 2 -

DEBTOR: Lizama, Dionicio A.
COURT NUMBER: CR-04-00032                                                    PRIORITY CODE: 04
CURRENT LIABILITY BALANCE: $0.00

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 0003 | PMNT | 8 | 14-OCT-2004 | CL/A | 6947 | | CASH | | $100.00 | 29-JAN-2005 |
| 0006 | PMNT | 3 | 07-FEB-2005 | CL/A | 7132 | | 9257446860 | | $200.00 | 11-FEB-2005 |
| 0007 | PMNT | 3 | 28-FEB-2005 | CL/A | 7164 | | 9257447057 | | $200.00 | 28-FEB-2005 |
| 0008 | PMNT | 3 | 11-MAR-2005 | CL/A | 7192 | | 9257447131 | | $200.00 | 15-MAR-2005 |
| 0009 | PMNT | 3 | 07-APR-2005 | CL/A | 7243 | | 9257447428 | | $200.00 | 13-APR-2005 |
| 0010 | PMNT | 3 | 18-APR-2005 | CL/A | 7252 | | 9257447488 | | $200.00 | 19-APR-2005 |
| 0011 | PMNT | 3 | 19-APR-2005 | CL/A | 7257 | | 9257447600 | | $200.00 | 19-APR-2005 |
| 0012 | PMNT | 3 | 02-MAY-2005 | CL/A | 7277 | | 9257447719 | | $200.00 | 03-MAY-2005 |
| 0013 | PMNT | 3 | 19-MAY-2005 | CL/A | 7302 | | 9257447890 | | $200.00 | 24-MAY-2005 |
| 0014 | PMNT | 3 | 07-JUN-2005 | CL/A | DD-7356 dtd 6/15/05 | | XTOP/IPAC | | $200.00 | 17-JUN-2005 |
| 0015 | PMNT | 3 | 20-JUN-2005 | CL/A | 7363 | | 9279049446 | | $100.00 | 27-JUN-2005 |
| 0016 | PMNT | 3 | 16-JUN-2005 | CL/A | LIZAMA, DIONICIO A | | 7392-7402 | 111 05-091 | $25.00 | 05-JUL-2005 |
| 0018 | PMNT | 3 | 20-JUL-2005 | CL/A | 7434-VirginiaLizama | | 9279049706 | | $100.00 | 20-JUL-2005 |

Total Payments for Debtor:          $2,125.00

