FILED
Clerk
District Court

AUG 2 4 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

DEPARTMENT OF JUSTICE

**CERTIFICATE OF RELEASE OF LIEN**
IMPOSED PURSUANT TO THE ANTI-TERRORISM AND
EFFECTIVE DEATH PENALTY ACT OF 1996

UNITED STATES ATTORNEY'S OFFICE
FOR THE DISTRICT OF GUAM AND
THE DISTRICT FOR THE NORTHERN MARIANA ISLANDS

I hereby certify that as to the following named debtor the requirements of section 3613(a)(1) of Title 18 of the United States Code have been satisfied with respect to the judgment enumerated below, together with all statutory additions; and that the lien or Judgment was recorded on **March 1, 2005**, as File No. **05-722**, is hereby authorized to make notation on the books to show the release of said lien, insofar as the lien relates to the following imposition.

| | | | |
|---|---|---|---|
| Name of Defendant: | Dionicio A. Lizama | Residence: | P.O. Box 725 |
| SSN: | ▮▮▮▮▮▮▮ | | Saipan, MP 96950 |
| DOB: | ▮▮▮▮▮▮▮ | | |

Court Imposing Judgment:    U.S. District Court for the Northern Mariana Islands

Court Number:    CR 04-00032

Amount of Judgment:    $2,100.00

Place of filing:    NMI

WITNESS my hand at Hagåtña, Guam, on this, the _26th_ day of July, 2005.

_____
MARIVIC P. DAVID
Assistant U.S. Attorney

**ORIGINAL**